the Civil Aeronautics Board, as *amicus curiae,* supporting the petition. *Frederick W. P. Lorenzen* and *Philip Schleit* for State Airlines, Inc., petitioner in No. 158 and respondent in Nos. 157 and 159. *Charles H. Murchison* for Piedmont Aviation, Inc., petitioner in No. 159 and respondent in No. 158.

No. 178. BRYAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Alston Cockrell* and *Carl J. Batter* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney, Ellis N. Slack* and *Andrew F. Oehmann* for the United States.

No. 200. AFFOLDER *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. C. A. 8th Cir.. Certiorari granted. *Mark D. Eagleton* and *Wm. H. Allen* for petitioner. *Lon Hocker, Jr.* for respondent.

No. 217. UNITED STATES *v.* ALPERS. C. A. 9th Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *A. J. Zirpoli* for respondent.

No. 230. SWIFT & COMPANY PACKERS ET AL. *v.* COMPANIA COLOMBIANA DEL CARIBE, S. A. C. A. 5th Cir. Certiorari granted. *Eberhard P. Deutsch* for petitioners. *George C. Sprague* for respondent.

No. 271. ALCOA STEAMSHIP Co., INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Melville J. France* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade*